IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANDERSON H. CANTRES,

        Appellant,

 v.

Case No.  5D22-1528
LT Case No. 2021-101415-CFDL

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed January 24, 2023

Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Matthew J. Metz, Public Defender, and
Betty Wyatt, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean Parrish,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.